UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN P. FANG, ZHENG C. JIAO, JIAN ZHANG, BING S. XU, WEN H. YANG, YING C. WANG, JIAN J. ZHANG, YONG J. CHAO, QIAO Y. JIANG,

                Plaintiffs,

- against -

MAY & MAY RESTAURANT CORP. d/b/a YUMMY HOUSE, LIANG-JIN HUANG, YUNG PING WONG,

                Defendants.

**ORDER**

09 Civ. 00090 (PGG)
PAUL G. GARDEPHE, U.S.D.J.:

In light of the Court's October 22, 2009 telephone conference with both parties, in which defense counsel brought to light difficulties with the neutrality of the interpreter assigned to the remaining depositions in this case, the Court extends the final day of discovery two weeks for the purposes of completing the depositions originally scheduled for today. The final day of discovery will be **November 5, 2009**.

The schedule for post-discovery dispositive motions is also extended. Parties must serve moving papers, if any, by **November 20, 2009**; opposition papers, if any, by **December 4, 2009**; and reply papers, if any, by **December 11, 2009**.

Dated: New York, New York
       October 22, 2009

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/09